UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH B. GIBBS,<br><br>            Plaintiff,<br><br>      v.<br><br>J.R. BRADFORD,<br><br>            Defendants. | No. 2:14-cv-0831 TLN AC P<br><br><br><br>ORDER |

   Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff's request shall be honored.

   Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: January 27, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE